UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>Plaintiff,<br><br>vs.<br><br>PATRIOT MEMORY, LLC<br><br>Defendant. | **Civil Action No. 4:14-CV-01360 EW**<br><br><br>**Before U.S. District Court Judge<br>EWING WERLIN, JR.**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S DISCLOSURE OF INTERESTED PARTIES**

In accordance with the Court's Order dated May 19, 2014 requiring a disclosure of interested parties, the undersigned attorney for the Plaintiff certifies that there are no other parties or entities having a financial interest on the Plaintiff's side other than the Plaintiff, James B. Goodman.

                                                  Respectfully submitted,

/s/ David Fink
David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Admission No. 299869
Tel. 713 729-4991
Fax: 713 729-4951
Email: texascowboy6@gmail.com
Attorney in Charge for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading has been sent by prepaid First Class U.S. Mail on June 2, 2014 to the Defendant along with a copy of the Order dated May 19, 2014 to the following address:

Patriot Memory, LLC
42027 Benicia Street
Fremont, CA 94538

                        /s/ David Fink
                        David Fink
Attorney in Charge for the Plaintiff