UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>         Plaintiff,<br><br>     vs.<br><br>PATRIOT MEMORY, LLC.<br><br>         Defendant. | Civil Action No. 4:14-CV-01360 EW<br><br><br>**Before U.S. District Court Judge<br>EWING WERLEIN, JR.**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF PENDING RELATED CASES**

The following cases with the same Plaintiff and the same patent-in-suit are pending now:

James B. Goodman v. Smart Modular Technologies Inc.
Case No. 14CV-01380
Before Judge Gray H. Miller

James B. Goodman v. Corsair Component Inc.
Case No. 4-CV-1381
Before Judge LYNN N. HUGHES

1   A previous case settled before any discovery:

2   James B. Goodman v. ON Semiconductor Corp.
    Case No. 13-CV-1542
3   Before Judge Melinda Harmon

4

                                    Respectfully submitted,
5

6

7   /s/ David Fink
    David Fink
    Fink & Johnson
8   7519 Apache Plume
    Houston, TX 77071
9   Admission No. 299869
    Tel. 713 729-4991
10  Fax: 713 729-4951
    Email:  texascowboy6@gmail.com
11  Attorney in Charge for the Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice has been sent by prepaid First Class U.S. Mail on June 2, 2014 to the Defendant to the following address:

Patriot Memory LLC.
42027 Benicia Street
Fremont, CA 94538

/s/ David Fink
David Fink
Attorney in Charge for the Plaintiff