UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PATRIOT MEMORY, LLC<br><br>　　　　Defendant. | Civil Action No. 4:14-CV-01360 EW<br><br><br>**Before U.S. District Court Judge**<br>**EWING WERLEIN, JR.**<br><br>**JURY TRIAL DEMANDED** |

**PROPOSED ORDER TO EXTEND THE TIME FOR DEFENDANT**

**TO RESPOND TO THE FIRST AMENDED COMPLAINT**

The Court has carefully considered the Motion to Extend the Time for Defendant to Respond to the First Amended Complaint to August 18, 2014, and the Motion is granted.

SO ORDERED

Date: _____

　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Ewing Werlein, Jr.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading has been sent by prepaid First Class U.S. Mail on August 7, 2014 and by email to the Defendant's attorney at:

Howard J. Yuan, Esq.
Hopkins & Carley
70 South First Street
San Jose, CA 95113-2406
hyuan@hopkinscarley.com

                           /s/ David Fink
                            David Fink
              Attorney in Charge for the Plaintiff