UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES B. GOODMAN,<br><br>Plaintiff,<br><br>vs.<br><br>PATRIOT MEMORY, LLC.<br><br>Defendant. | Civil Action No. 4:14-CV-01360 EW<br><br><br>Before U.S. District Court Judge<br>**EWING WERLEIN, JR.**<br><br>**JURY TRIAL DEMANDED** |

**JAMES B. GOODMAN'S ANSWER TO COUNTERCLAIMS OF PATRIOT MEMORY, LLC**

Counterclaim Defendant James B. Goodman ("Goodman"), by and through his attorney, responds to the counterclaims of Patriot Memory, LLC ("Patriot") as follows:

1. Goodman admits the allegation of paragraph 1 of Patriot's counterclaim.
2. Goodman admits the allegation of paragraph 2 of Patriot's counterclaim.
3. Goodman admits the allegation of paragraph 3 of Patriot's counterclaim.
4. Goodman admits the allegation of paragraph 4 of Patriot's counterclaim.
5. Goodman admits the allegation of paragraph 5 of Patriot's counterclaim.
6. Goodman denies the allegation of paragraph 6 of Patriot's counterclaim.
7. Goodman admits the allegation of paragraph 7 of Patriot's counterclaim.
8. Goodman denies the allegation of paragraph 8 of Patriot's counterclaim.

Respectfully submitted,

/s/ David Fink
David Fink
Fink & Johnson
7519 Apache Plume
Houston, TX 77071
Admission No. 299869
Tel. 713 729-4991
Fax: 713 729-4951
Email: texascowboy6@gmail.com
Attorney in Charge for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Document has been served on August 19, 2014 on all counsel of record consenting to the service via the Court's CM/ECF system.

/s/ David Fink
David Fink
Attorney in Charge for the Plaintiff